# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORMAN SHAW, JR., | : | Civil No. 3:17-cv-2319 |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | |
| WARDEN BALTAZAR, | : | |
| Respondent | : | |

## ORDER

AND NOW, to wit, this 7th day of August 2019, upon consideration of the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is DENIED.

2. The Clerk of Court is directed to CLOSE this case.

                                               **BY THE COURT:**

                                               **s/James M. Munley**
                                               **JUDGE JAMES M. MUNLEY**
                                               **United States District Court**